AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| In the Matter of the Search of | ) |
| Information associated with Facebook account | ) |
| | ) Case No. 21-MJ-29 |
| identified by username "Bridget White" and/or "Bridget | ) |
| White (Bridget Rogers)," and/or URL | ) |
| www.facebook.com/bridget.rogerswhite | ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Middle _____ District of _____ Louisiana _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❑ contraband, fruits of crime, or other items illegally possessed;

❑ property designed for use, intended for use, or used in committing a crime;

❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 7206(2) | Aiding or Assisting in Preparation of False Documents under Internal Revenue Laws |

The application is based on these facts:

☑ Continued on the attached sheet.

❑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Andre P. Guilott, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ telephone _____ *(specify reliable electronic means).*

Date: ____03/17/2021____

_____
*Judge's signature*

City and state:  Baton Rouge, Louisiana

Honorable Erin Wilder-Doomes, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Andre P. Guilott, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the Facebook account.

2.      I am a Special Agent with the Internal Revenue Service–Criminal Investigation ("IRS-CI").  I have been employed as an agent since 2001.  My duties as a special agent include the investigation of alleged criminal violations of Internal Revenue Laws (Title 26, United States Code) and related Bank Secrecy Act (Title 31, United States Code) and Money Laundering (Title 18, United States Code) offenses.  As a special agent, I have examined and analyzed tax returns, ledgers, journals, invoices, bank statements, cancelled checks, and other business and financial records.  I am well-trained in methods of determining how individuals and businesses conduct their financial affairs and the methods they use to violate Internal Revenue Laws. During my more than nineteen years of experience in law enforcement, I have participated in and conducted numerous investigations involving criminal tax violations, fraud, and money laundering.  Also, I have been the affiant in applications for the authority to conduct searches and make seizures of

1

evidence of crime, contraband, the fruits, instrumentalities, and property used in committing

crime, and other items illegally possessed. Moreover, I have participated in numerous

debriefings of witnesses and defendants.

3.      The facts in this affidavit come from my personal observations and review of

interviews and records related to this investigation and prosecution, my training and experience,

and information obtained from other agents and witnesses. This affidavit is intended to show

merely that there is sufficient probable cause for the requested warrant and does not set forth all

of my knowledge about this matter.

4.      Based on my training and experience and the facts set forth in this affidavit, there

is probable cause to believe that **BRIDGET WHITE ("WHITE")** has committed violations of

Title 26, United States Code, Section 7206(2) (Aiding or Assisting in Preparation of False

Documents under Internal Revenue Laws).  There is also probable cause to search the

information described in Attachment A for evidence of these crimes, as described in Attachment

B.

## PROBABLE CAUSE

### *The Investigation*

5.      This investigation arose out of the identification of numerous U.S. Individual

Income Tax Returns, which included suspicious Schedules C (Profit or Loss from Business),

Forms 8863 (Education Credits), and/or questionable dependents.

6.      Between March 2017 and June 2018, IRS-CI agents conducted interviews of

twelve (12) taxpayers identified on twenty-eight (28) U.S. Individual Income Tax Returns filed

during tax years 2014, 2015, 2016 and 2017. Each of the relevant tax returns appeared to have

been self-prepared, because no one signed any of the returns as a paid preparer.

2

7.      During the interviews, all twelve (12) taxpayer-witnesses uniformly identified **WHITE** as the preparer of each relevant tax return.

8.      In exchange for preparing each of the relevant tax returns, **WHITE** charged the taxpayer a fee, which ranged from $150–$550 per return.

9.      For some taxpayer-witnesses, **WHITE** prepared tax returns for multiple years; for others, **WHITE** prepared only one return between tax years 2014 and 2017. Based on the witness interviews and other facts of this investigation, it is believed that all twenty-eight (28) tax returns involved false Schedules C and/or false Forms 8863, resulting in decreased tax liabilities for, and fraudulent refunds to, each taxpayer-witness.

10.     The investigation revealed that, in a majority of the identified tax returns, the false Schedules C reported false business losses, which allowed certain taxpayer-witnesses to receive the Earned Income Tax Credit ("EIC"). The EIC is a benefit for working people with low to moderate income and who meet certain other requirements. The EIC reduces the amount of tax a particular taxpayer owes and may result in a particular taxpayer receiving a refund. Each taxpayer-witness identified as having submitted a suspicious Schedule C denied having provided **WHITE** with the relevant business profit or loss information reported on his or her tax return.

11.     The investigation revealed that, in a majority of the identified tax returns, false education expenses were reported using Form 8863. Form 8863 is used by a taxpayer to figure and claim his or her education credits, which should be based on qualified education expenses paid to an eligible postsecondary educational institution. All relevant Forms 8863 in this investigation involved the American Opportunity Credit ("AOC"), which allows a maximum credit of $2,500, of which forty percent, up to $1,000, is refundable. A refundable credit gives the taxpayer a refund for any part of the credit that is more than the tax reported on the return.

3

Each taxpayer-witness identified as having submitted a suspicious Form 8863 denied having provided **WHITE** with the relevant education information reported on his or her tax return.

12.     The investigation revealed that **WHITE** operated a tax preparation business known as Bridget's Stop and Go Tax Service, through which she assisted in the preparation and presentation of false tax returns to the IRS in exchange for money. **WHITE** operated Bridget's Stop and Go Tax Service out of her residence, located at 4212 Rue Splendeur, Baker, Louisiana, 70714, within the Middle District of Louisiana.

13.     On August 3, 2017, IRS-CI agents conducted an in-person interview of **WHITE**, at which time she stated that her full name is Bridget Rogers White.

14.     **WHITE** admitted that Bridget's Stop and Go Tax Service was operated out of her residence at 4212 Rue Splendeur, Baker, Louisiana, 70714.

15.     Among other statements, **WHITE** claimed that another individual prepared tax returns out of **WHITE**'s residence, operating through the business known as Bridget's Stop and Go Tax Service. **WHITE** denied having ever attended accounting classes, received any tax training, or obtained a high school diploma, and further denied having ever personally prepared any income tax returns for anyone.

16.     Among other statements, **WHITE** admitted that she received taxpayers' information via text messages but claimed that she then forwarded that information to the other individual, who prepared the tax returns. **WHITE** further admitted to collecting a portion of the preparer fees paid to this other individual, in exchange for Bridget's Stop and Go Tax Service operating out of **WHITE**'s residence.

17.     Among other statements, **WHITE** admitted that her cell phone number was (225) 279-4743. During interviews, several taxpayer-witnesses provided the same phone number

4

((225) 279-4743), when asked how they contacted **WHITE** for tax preparation services. One taxpayer-witness voluntarily provided copies of text messages, in which **WHITE** identified herself as "Bridget Your Tax Preparer."

18.      During a taxpayer-witness interview, investigators learned that **WHITE** used Facebook to advertise her tax preparation services.

19.      On January 30, 2018, an IRS-CI agent accessed **WHITE**'s Facebook page and observed a post made on November 2, 2016, in which **WHITE** thanked "each and ever customer I service last year" and advertised "bigger & better things to offer this up coming year," including loan advances and discounts for loyal customers. In the same Facebook post, **WHITE** asked that any customers send their contact information to her "inbox," as she was "getting ready for this up coming Tax season!!" *See* Attachment C for full text of November 2, 2016, Facebook post.

20.      On the basis of this post and the taxpayer-witness interviews, there is probable cause to believe that **WHITE**'s Facebook account, including private messages and the electronic mailbox, or "inbox," containing same, will contain evidence of **WHITE**'s communications and exchanges with taxpayer-customers. Such evidence would be probative of **WHITE**'s knowing and willful aiding or assisting in the preparation and/or filing of false returns for the above-described taxpayer-witnesses and/or others, in violation of 26 U.S.C. § 7206(2).

21.      During the course of the investigation, **WHITE**'s Facebook account appeared under the public profile names of "Bridget White" in the November 2, 2016 post, captured on January 30, 2018, and "Bridget White (Bridget Rogers)" in the screenshots captured on September 30, 2020. In both instances, common images depicting a female dressed in white pants and a white shirt appeared as **WHITE**'s profile picture. *See* Attachment C.

5

22.    Under 18 U.S.C. § 2703(f), "[a] provider of wire or electronic communication service or a remote computing service, upon the request of a governmental entity, shall take all necessary steps to preserve records and other evidence in its possession pending the issuance of a court order or other process."

23.    Preservation requests were sent to Facebook on December 9, 2019, March 6, 2020, September 30, 2020, via the "Law Enforcement Online Request System," or web portal, and the designated email address for Facebook's Law Enforcement Response Team, records@fb.com. In response to those requests, Facebook assigned case numbers 3951337, 3951397, and 5337995, respectively. The current request is set to expire on May 23, 2021.

*Facebook*

24.    Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

25.    Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

26.    Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual

6

Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

27.    Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

28.    Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

29.    Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video.  It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video.  When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

30.    Facebook users can exchange private messages on Facebook with other users.  Those messages are stored by Facebook unless deleted by the user.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger.  These chat communications are stored in the chat history for the account.  Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

31.    If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

32.    Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages, including Facebook posts or updates as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.

33.    Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

34.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

35.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

36.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

37.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

38.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like

9

Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

39.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation.  Additionally, Facebook builds geo-location into some of its services.  Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other.  This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner.  Last, Facebook account

10

activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation.  For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

40.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

41.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

42.     Based on the forgoing, I request that the Court issue the proposed search warrant.

43.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Facebook.  Because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

44.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

45.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

_____

Andre P. Guilott
Special Agent
Internal Revenue Service–Criminal Investigation

Affidavit submitted by email/.pdf and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the  17th  day of March, 2021.

_____

HONORABLE ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE

12

## ATTACHMENT A

### *Property to Be Searched*

This warrant applies to information that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California, and which is associated with the Facebook account(s) identified by Facebook username(s) "Bridget White" and/or "Bridget White (Bridget Rogers)," and/or URL www.facebook.com/bridget.rogerswhite.

**<u>ATTACHMENT B</u>**

***Particular Things to be Seized***

**I.    Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each Facebook username and Facebook URL listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities **from January 01, 2015 to December 31, 2018**;

(c)    All photos and videos uploaded by that user ID **from January 01, 2015 to December 31, 2018**, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; status updates; videos, photographs, and articles; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; past event postings; rejected

1

"Friend" requests; comments; and information about the user's access and use of Facebook applications;

(e)    All records or other information regarding the devices and internet browsers associated with, or used in connection with, that Facebook username and/or Facebook URL, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)    All other records and contents of communications and messages made or received by the user **from January 01, 2015 to December 31, 2018**, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)    All "check ins" and other location information;

(h)    All IP logs, including all records of the IP addresses that logged into the account;

(i)    All past and present lists of friends created by the account;

(j)    All records of Facebook searches performed by the account **from January 01, 2015 to December 31, 2018**;

(k)    All information about the user's access and use of Facebook Marketplace;

(l)    The types of service utilized by the user;

(m)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(n)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and

2

(o)   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within **fourteen days** of issuance of this warrant.

## II.   Information to be seized by the government

For each Facebook username and/or Facebook URL identified in Attachment A, for the time period **January 01, 2015, through December 31, 2018,** the information described above in Section I, which pertains to the following matters:

(a)   Any and all communications, including but not limited to private messages and wall postings, to and from **BRIDGET WHITE**, which pertain to tax preparation services, tax payments or refunds, taxes, and/or internal revenue laws and the application thereof, including any attached photos or videos;

(b)   Any and all records or communications involving the use of Facebook Marketplace to advertise tax preparation services and/or communicate regarding taxes or tax preparation services;

(c)   Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crimes under investigation and to the Facebook account owner;

(d)   The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

3

(e) All contact information, including full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

4

**<u>ATTACHMENT C:</u>**

**<u>Screenshot Images of Facebook Account</u>**

1. Screenshot Image of November 2, 2016, Facebook post by username "Bridget White," captured January 30, 2018

2. Screenshot Image of Facebook page, identified by username "Bridget White (Bridget Rogers)," captured September 30, 2020

3. Screenshot Image of Facebook URL, https://www.facebook.com/bridget.rogerswhite/about_overview, captured September 30, 2020

1



**Bridget White**
November 2, 2016 · Baton Rouge, LA ·

I'll like to take this time and THANK each and ever customer I service last year!!
It was a pleasure to service you.

To all my customers I will have bigger & better things to offer this up coming year, yes advance LOANS, (for those who qualify)
No BANK ACCOUNT no problem
(DD on refund card)
Discounts for my loyal customers, referal fee, & much more!!

I look forward to working with you, your family & friends..

If I have any customers and here pls inbox your number to me.

I am getting ready for this up coming Tax season!!
Again Thank you for your business and may GOD bless you.



**001**



98                                                              16 Comments

**Like**                        **Comment**                        **Share**

;

overview

    



# Bridget White (Bridget Rogers)

Jehovah's witnesses

Timeline   About   Friends   Photos   Videos   Check-Ins   More ▼   👤 Add Friend   💬   🔍

## About

**Overview**

Work and Education

Places Lived

Contact and Basic Info

Family and Relationships

Details About Bridget

Life Events

💼 No workplaces to show

🎓 Studied Nursing at Southern University and A&M College - Baton Rouge, LA
Attended from 1997 to 2001

🏠 Lives in Baton Rouge, Louisiana

📍 From Scotlandville, Louisiana

❤️ Married

**002**



(20+) Bridget White | Fa   ✕

https://www.facebook.com/bridget.rogerswhite/about_overview

003

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| In the Matter of the Search of | ) |
| Information associated with Facebook account | ) |
| | ) Case No.  21-MJ-29 |
| identified by username "Bridget White" and/or "Bridget | ) |
| White (Bridget Rogers)," and/or URL | ) |
| www.facebook.com/bridget.rogerswhite | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____Louisiana_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____March 30, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Erin Wilder-Doomes_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      03/17/2021, 1:00 p.m.          _____
                                                                                         *Judge's signature*

City and state:      Baton Rouge, Louisiana          Honorable Erin Wilder-Doomes, U.S. Magistrate Judge
                                                                                         *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  21-MJ-29 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

| **Certification** |
|---|

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

 

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### *Property to Be Searched*

This warrant applies to information that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California, and which is associated with the Facebook account(s) identified by Facebook username(s) "Bridget White" and/or "Bridget White (Bridget Rogers)," and/or URL www.facebook.com/bridget.rogerswhite.

13

**ATTACHMENT B**

***Particular Things to be Seized***

**I.    Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each Facebook username and Facebook URL listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities **from January 01, 2015 to December 31, 2018**;

(c)    All photos and videos uploaded by that user ID **from January 01, 2015 to December 31, 2018**, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; status updates; videos, photographs, and articles; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; past event postings; rejected

1

"Friend" requests; comments; and information about the user's access and use of Facebook applications;

(e)    All records or other information regarding the devices and internet browsers associated with, or used in connection with, that Facebook username and/or Facebook URL, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)    All other records and contents of communications and messages made or received by the user **from January 01, 2015 to December 31, 2018**, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)    All "check ins" and other location information;

(h)    All IP logs, including all records of the IP addresses that logged into the account;

(i)    All past and present lists of friends created by the account;

(j)    All records of Facebook searches performed by the account **from January 01, 2015 to December 31, 2018**;

(k)    All information about the user's access and use of Facebook Marketplace;

(l)    The types of service utilized by the user;

(m)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(n)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and

2

(o)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within **fourteen days** of issuance of this warrant.

## II.     Information to be seized by the government

For each Facebook username and/or Facebook URL identified in Attachment A, for the time period **January 01, 2015, through December 31, 2018,** the information described above in Section I, which pertains to the following matters:

(a)     Any and all communications, including but not limited to private messages and wall postings, to and from **BRIDGET WHITE**, which pertain to tax preparation services, tax payments or refunds, taxes, and/or internal revenue laws and the application thereof, including any attached photos or videos;

(b)     Any and all records or communications involving the use of Facebook Marketplace to advertise tax preparation services and/or communicate regarding taxes or tax preparation services;

(c)     Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crimes under investigation and to the Facebook account owner;

(d)     The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

3

(e) All contact information, including full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

**<u>ATTACHMENT C:</u>**

**<u>Screenshot Images of Facebook Account</u>**

1. Screenshot Image of November 2, 2016, Facebook post by username "Bridget White," captured January 30, 2018

2. Screenshot Image of Facebook page, identified by username "Bridget White (Bridget Rogers)," captured September 30, 2020

3. Screenshot Image of Facebook URL, https://www.facebook.com/bridget.rogerswhite/about_overview, captured September 30, 2020

1



**Bridget White**
November 2, 2016 · Baton Rouge, LA ·

I'll like to take this time and THANK each and ever customer I service last year!!
It was a pleasure to service you.

To all my customers I will have bigger & better things to offer this up coming year, yes advance LOANS, (for those who qualify)
No BANK ACCOUNT no problem
(DD on refund card)
Discounts for my loyal customers, referal fee, & much more!!

I look forward to working with you, your family & friends..

If I have any customers and here pls inbox your number to me.

I am getting ready for this up coming Tax season!!
Again Thank you for your business and may GOD bless you.



**001**



98                                                    16 Comments

**Like**                    **Comment**                    **Share**

;

overview

    



# Bridget White (Bridget Rogers)

Jehovah's witnesses

Timeline    **About**    Friends    Photos    Videos    Check-Ins    More ▾    ＋ Add Friend    ○    Q

## About

**Overview**

Work and Education

Places Lived

Contact and Basic Info

Family and Relationships

Details About Bridget

Life Events

🗄 No workplaces to show

🎓 Studied Nursing at Southern University and A&M College - Baton Rouge, LA
Attended from 1997 to 2001

🏠 Lives in Baton Rouge, Louisiana

📍 From Scotlandville, Louisiana

💜 Married

**002**



(20+) Bridget White | Fa  X

https://www.facebook.com/bridget.rogerswhite/about_overview

003